**Order filed, December 27, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01090-CR

_____

**MAURICE LEE  MOORE JUNIOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 81635-CR

## ORDER

The reporter's record in this case was due **May 14, 2018**.  _See_ Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Renee Rape**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM